JOHN W. HUBER, United States Attorney (No. 7226)
ISAAC C. WORKMAN, Assistant United States Attorney (14031)
DEE W. SMITH, Special Assistant United States Attorney (8688)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2019 APR 25  P 12: 58

DISTRICT OF UTAH

BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. BRANDON MICHAEL SEXTON, Defendant. | **INDICTMENT** <br><br> VIOLATION: <br><br> COUNT 1: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute. <br><br> Case: 1:19-cr-00044 <br> Assigned To : Kimball, Dale A <br> Assign. Date : 4/25/2019 <br> Description: USA v. Sexton |
|---|---|

The Grand Jury charges:

### COUNT I
### 21 U.S.C. § 841(a)(1)
**Possession of Methamphetamine with Intent to Distribute**

On or about February 27, 2019, in the Northern Division of the District of Utah,

**BRANDON MICHAEL SEXTON,**

the defendant herein, did knowingly possess with intent to distribute five grams or more

of methamphetamine (actual), a schedule II controlled substance within the meaning of

21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

A TRUE BILL:

/s/

FOREPERSON of the GRAND JURY

JOHN W. HUBER
United States Attorney

DEE W. SMITH
Special Assistant United States Attorney